MICHAEL K. GRACE (SBN 126737)
mgrace@gracelaw.com
GRACE+GRACE LLP
444 South Flower Street, Suite 1650
Los Angeles, California 90071
Telephone: (213) 452-1220
Facsimile:  (213) 452-1222

Attorneys for Plaintiff
Shakey's USA, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHAKEY'S USA, INC., a Delaware corporation, <br><br>             Plaintiff, <br><br>      v. <br><br> GOODFELLAS PIZZA CO., and DOES 1 through 50, inclusive, <br><br>             Defendants. | Case No.:  CV 11-0510-AWI-GSA <br><br> **ORDER GRANTING REQUEST TO CONTINUE SCHEDULING CONFERENCE FROM 8/8/2011 TO 9/12/2011** |

ORDER GRANTING REQUEST TO CONTINUE SCHEDULING CONFERENCE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Due to the status of the case, and pursuant to Plaintiff's request to continue, the Initial Scheduling Conference currently set for August 8, 2011 at 10:00 a.m. is CONTINUED to September 12, 2011 at 10:00 AM in Courtroom 10 (GSA) before Magistrate Judge Gary S. Austin. The parties' Joint Scheduling Conference Statements are required and must be electronically filed 7 days prior to the scheduling conference date and they shall be emailed in WordPerfect or Word format to gsaorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **August 1, 2011**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE