# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEYS USA, INC., ) | 1:11-cv-510 AWI GSA |
| Plaintiff, ) | |
| v. ) | ORDER SETTING ASIDE DEFAULT |
| GOODFELLAS PIZZA CO.., ) | ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS MOOT |
| Defendant. ) | (Doc. 14) |

    Pursuant to the stipulation filed by the parties on September 22, 2011 (Doc. 17), the Clerk's entry of default issued on July 20, 2011, is set aside. (Doc. 10).  Accordingly, the Plaintiff's Motion for Default Judgment is denied as moot and the hearing set for October 21, 2011 at 9:30 am is VACATED. (Doc. 14).  Defendant shall file an answer to the complaint within five days of the date of this order.

    IT IS SO ORDERED.

Dated:   **September 26, 2011**            **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE