MICHAEL K. GRACE (SBN 126737)
mgrace@gracelaw.com
PAMELA D. DEITCHLE (SBN 222649)
pdetichle@gracelaw.com
GRACE+GRACE LLP
444 South Flower Street, Suite 1650
Los Angeles, California 90071
Telephone: (213) 452-1220
Facsimile:  (213) 452-1222

Attorneys for Plaintiff
Shakey's USA, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHAKEY'S USA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> GOODFELLAS PIZZA CO., and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.:  CV 11-0510-AWI-GSA <br><br> **ORDER RE JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT** |

JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Shakey's USA, Inc. and Defendant Goodfellas Pizza Co., through their respective attorneys of records, that Plaintiff Shakey's USA, Inc. be permitted to file the First Amended Complaint, attached hereto as Exhibit 1.

DATED: March 16, 2012

Respectfully submitted,
GRACE+GRACE LLP

/s/ Pamela D. Deitchle

---

Pamela D. Deitchle
Attorneys for Plaintiff Shakey's USA, Inc.

DATED: March 16, 2012

HOPPE LAW GROUP

/s/ Theodore W. Hoppe

---

Theodore W. Hoppe
Attorneys for Defendant Goodfellas Pizza Co.

## **ORDER**

Pursuant to the parties' stipulation, the Clerk shall file the proposed First Amended Complaint, attached hereto as Exhibit 1, and prepare the Summons of Jon Torrence and James King d/b/a Goodfellas Pizza Co.

IT IS SO ORDERED.

Dated:  **March 19, 2012**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1

JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER