MICHAEL K. GRACE (SBN 126737)
mgrace@gracelaw.com
PAMELA D. DEITCHLE (SBN 222649)
pdeitchle@gracelaw.com
GRACE+GRACE LLP
790 E. Colorado Blvd., Suite 797
Pasadena, CA  91101
Telephone: (626) 696-1555
Facsimile:  (626) 696-1559

Attorneys for Plaintiff
Shakey's USA, Inc.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SHAKEY'S USA, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TORRENCE ENTERPRISES, INC., a California corporation, (formerly d/b/a Goodfellas Pizza Co.); JON TORRENCE, an individual (formerly d/b/a Goodfellas Pizza Co.); JAMES KING, an individual, d/b/a Goodfellas Pizza Co.; and DOES 3 through 50, inclusive,<br><br>        Defendants. | Case No.:  1:11-cv-510-AWI-GSA<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION AND ORDER THEREON** |

Grace+Grace LLP
Intellectual Property
790 E. Colorado Blvd., Suite 797
Pasadena, CA  91101

**AMENDED STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION**

Plaintiff Shakey's USA, Inc. ("Shakey's") and defendants Torrence Enterprises, Inc. formerly d/b/a Goodfellas Pizza Co., Jon Torrence formerly d/b/a Goodfellas Pizza Co., and James King d/b/a Goodfellas Pizza Co. (collectively, "Defendants") hereby stipulate to entry of judgment as follows:

## FINDINGS OF FACT

1.    Shakey's brought this action for trademark infringement, false designation of origin, and unfair competition on March 24, 2011.

2.    This Court has subject matter jurisdiction and personal jurisdiction over the parties.

3.    Shakey's is the owner of United States Trademark Registration No. 1,771,676 for the trademark MOJO (the "MOJO Mark") for use in connection with prepared potatoes for consumption on or off the premises.

## CONCLUSIONS OF LAW

1.    United States Trademark Registration No. 1,771,676 is valid and enforceable.

2.    Defendants infringed the MOJO Mark by using and displaying it to promote, offer for sale, and sell prepared potatoes without Shakey's consent.

3.    The Court hereby enters judgment in favor of Shakey's and against Defendants.

4.    The Court now permanently enjoins Defendants, and each of them, together with their representatives, agents, and all other persons or entities acting in concert with them from using or displaying the MOJO Mark or any word or term that appears or sounds similar to the MOJO Mark in connection with prepared potatoes.

5.    Defendants shall destroy all products, labels, packaging, advertisements, menus and other materials bearing the MOJO Mark.  Not later than October 31, 2012, Defendants shall certify under oath to the Court that all such materials have been destroyed.

/ / /

/ / /

/ / /

/ / /

Grace+Grace LLP
Intellectual Property
790 E. Colorado Blvd., Suite 797
Pasadena, CA  91101

1

AMENDED STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION

6.     The Court shall retain jurisdiction over the parties to enforce the terms of this Stipulation, including remedies for violation of the obligations set forth therein.

STIPULATED AND AGREED:

GRACE+GRACE LLP

/s/ Michael K. Grace
Attorneys for Plaintiff
Shakey's USA, Inc.

HOPPE LAW GROUP

/s/ Theodore W. Hoppe
Attorneys for Defendants
Torrence Enterprises, Inc. formerly d/b/a Goodfellas Pizza Co.,
Jon Torrence formerly d/b/a Goodfellas Pizza Co., and
James King d/b/a Goodfellas Pizza Co

IT IS SO ORDERED.

Dated:   October 1, 2012      _____

CHIEF UNITED STATES DISTRICT JUDGE

Grace+Grace LLP
Intellectual Property
790 E. Colorado Blvd., Suite 797
Pasadena, CA  91101

2

**AMENDED STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION**